[No. 13719. Department One.  May 2, 1917.]

SARAH J. RIDPATH, *Appellant*, v. C. B. CLAUSIN, *Receiver etc.,*
*Respondent.*[1]

Appeal from a judgment of the superior court for Spokane county,
Huneke, J., entered April 7, 1916, upon findings in favor of the de-
fendant, in an action on contract, tried to the court. Affirmed.

*J. M. Simpson*, for appellant.
*Samuel R. Stern*, for respondent.

MAIN, J.—This is the second appeal in this case. The opinion
upon the former appeal is reported in 88 Wash. 185, 152 Pac. 711.
The facts are there stated in detail and need not be here repeated.

Upon the first appeal, the judgment of the superior court, which
had been in favor of the plaintiff, was reversed and a new trial
directed. The second trial in the superior court resulted in a judg-
ment in favor of the defendant. It is from this judgment that the
present appeal is prosecuted. Upon the retrial, the law, as stated in
the opinion upon the first appeal, was applied and the plaintiff was
denied a recovery because the evidence failed to show that she had
been damaged.

It seems unnecessary to again enter upon a review of the case.
Upon the facts, as they appear in the present record, and the law,
as stated in the former opinion, the plaintiff was not entitled to
recover.

The judgment will be affirmed.

ELLIS, C. J., MORRIS, CHADWICK, and WEBSTER, JJ., concur.

─────────────

[No. 13814.  Department Two.  May 22, 1917.]

*In re* SEWARD PARKE AVENUE, SEATTLE.[2]

Appeal from a judgment of the superior court for King county,
Tallman, J., entered March 20, 1916, upon the verdict of a jury
awarding damages in condemnation proceedings. Affirmed.

*Carkeek & McDonald*, for appellants.
*Hugh M. Caldwell* and *Geo. A. Meagher*, for respondents.

PER CURIAM.—Counsel have filed a stipulation herein whereby it
is agreed that, as identical questions are involved, the disposition of
this case shall be controlled by our decision in *In re Northlake Ave-
nue*, *ante* p. 344, 165 Pac. 113. For this reason, the judgment herein is
affirmed.

[1]Reported in 165 Pac. 656.
[2]Reported in 165 Pac. 971.